IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Soonan Anderson, Grant Anderson, Wind Wood Home Owners Association,<br><br>Plaintiffs,<br><br>v.<br><br>Black & Decker (U.S.) Inc.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Court File No. 00-1185 (RHK/JMM)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action may be dismissed on the merits with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: June 11, 2001.

ERSTAD & RIEMER, P.A.

By [signature]
Thomas H. Schaefer Reg. No. 231587
1000 Northland Plaza
3800 West 80th Street
Bloomington, MN 55431
(952) 896-3700

ATTORNEYS FOR PLAINTIFFS

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUL 02 2001
DEPUTY CLERK

HC26DS4/ 4698/ 26545330.v 6/6/2001

Dated: June 6, 2001.

HINSHAW & CULBERTSON

By [signature]

Russell S. Ponessa Reg. No. 169316
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

ATTORNEYS FOR DEFENDANT BLACK & DECKER (U.S.) INC.

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that all claims in the above-entitled action are dismissed on the merits with prejudice without further costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that the Clerk shall enter JUDGMENT accordingly.

Dated: 6/29, 2001.

BY THE COURT

[signature]

The Honorable Richard H. Kyle
United States District Court Judge